UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIDGE FINANCIAL PTY LTD,

      Plaintiff,

  -v-

RPE INVESTOR I, LLC et ano,

      Defendants.

23-cv-11230 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

    On February 5, 2024, defendants, RPE Investor I, LLC and Republic Financial Corporation, moved to dismiss the complaint in its entirety. See Notice of Mot. to Dismiss, ECF No. 19; Mem. of Law in Supp. of Defs. Mot. to Dismiss, ECF No. 22. Upon consideration of the parties' written submissions, the Court hereby grants in part and denies in part the motion to dismiss. The claim for breach of the covenant of good faith and fair dealing is hereby dismissed, but the breach of contract claim will be permitted to proceed against both defendants. An opinion explaining the reasons for this decision will issue in due course.

    The Clerk of Court is respectfully directed to close docket entry number 19.

    SO ORDERED.

New York, NY
April _/_, 2024

                            JED S. RAKOFF, U.S.D.J.